IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MICHAEL MCMANUS,<br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>Defendant. | CIVIL ACTION<br><br>NO.   22-cv-579 |

## ORDER

AND NOW, this 22 day of Feb, 2023, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Commissioner's uncontested Motion to Remand (ECF No. 13) is GRANTED;

3. Plaintiff's Request for Review (ECF No. 12) is DENIED as moot; and

4. this matter is REMANDED to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

BY THE COURT:

_____
BERLE M. SCHILLER,   J.